April 30, 2015



# JUDGMENT

## 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

A. REAGAN CLARK, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LOIS CLARK, DECEASED, Appellant

NO. 14-14-00034-CV            V.

CONOCOPHILLIPS COMPANY, DCP MAINSTREAM LP, CONOCOPHILLIPS GAS COMPANY, AND DCP MARKETING, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, ConocoPhillips Company, DCP Mainstream LP, ConocoPhillips Gas Company and DCP Marketing, LLC, signed December 19, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, ConocoPhillips Company, DCP Mainstream LP, ConocoPhillips Gas Company, and DCP Marketing, LLC.

We further order this decision certified below for observance.